**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Tony Love (#R-45268), | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 18 C 6084** |
| **v.** | ) | |
| | ) | **Judge Rebecca R. Pallmeyer** |
| Stateville Correctional Facility., et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**ORDER**</u>

Plaintiff's application for leave to proceed *in forma pauperis* [3] is granted and the initial partial filing fee is waived. The court orders the trust fund officer at Plaintiff's place of incarceration to make monthly deductions in accordance with this order. Plaintiff's motion for attorney representation [4] is granted. The court requests that Paul O. Otubusin of Otubusin & Associates, P.C., 77 West Washington Street, Suite 1204 Chicago, IL,60602, represent Plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37 (N.D. Ill.). A copy of this order shall also be sent to the Systems Department of the Northern District of Illinois. A status hearing is set for November 1, 2018, at 10:00 a.m. If, after investigation, counsel believes that filing an amended complaint would be inconsistent with Rule 11, he should so inform the court. Enter Order.

ENTER:

Date: October 9, 2018

_____
REBECCA R. PALLMEYER
United States District Judge