## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Tony L Love, et al.

                                Plaintiff,

v.

                                  Case No.: 1:18−cv−06084
                                  Honorable Rebecca R. Pallmeyer

Stateville Correctional Facility, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 21, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Defendants' motion for an extension of time to file an Answer to Plaintiff's Amended Complaint [12] is granted to and including 1/27/2019, without an appearance. Initial status hearing set for 1/15/2019 is stricken and re−set to 2/4/2019 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.