**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Tony L. Love, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No.   18 C 6084 |
| | ) | |
| Stateville Correctional Facility, et al, | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff's motion to voluntarily dismiss Wexford pursuant to FED. R. CIV. P. 41 [45] is granted without an appearance. Defendant Wexford is dismissed.

ENTER:

Dated: May 3, 2019

_____
REBECCA R. PALLMEYER
United States District Judge