## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Tony L Love

                    Plaintiff,

v.                                    Case No.: 1:18–cv–06084
                                    Honorable Rebecca R. Pallmeyer

Stateville Correctional Facility, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 30, 2019:

        MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 5/30/2019. Defendant's motion to dismiss [42] is entered and continued pending discovery to determine the names of any additional individual Defendants. Status hearing set for 7/31/2019 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.