**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TONY LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 18 CV 6084 |
| | ) | |
| v. | ) | Honorable Judge Rebecca R. Pallmeyer |
| | ) | |
| IDOC, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR AN ENTRY OF A QUALIFIED PROTECTIVE ORDER
PURSUANT TO HIPAA**

Defendants Rob Jeffreys, Melvin Hinton, and Steve Meeks, by and through their attorney

Kwame Raoul, Attorney General for the State of Illinois, pursuant to 42 U.S.C. § 1320 and 45

CFR Parts 160 and 164 (HIPAA), hereby request that this Court enter a Qualified Protective Order

(attached hereto as Exhibit 1). In support of this Motion, Defendants state as follows:

1. Plaintiff, Tony Love, filed the instant lawsuit alleging violations of his

constitutional rights as a result of the alleged failure of various IDOC employees to render him

appropriate medical care for his mental health condition.

2. Plaintiff further alleges that he was denied medication for 35 days, as a result of

which he could not sleep, suffered emotional distress, had jumping nerves, could not sit still, had

headache and severe migraines, was always pacing, and caused stress to his cellmate. *See* Pl.'s

Am. Compl. at ¶¶ 23-24.

3. The IDOC treating physicians and other health care staff and/or providers disclosed

by Plaintiff in this case are all "covered entities" as defined by 45 CFR 160.103. HIPAA prevents

covered entities from disclosing protected health information in judicial proceedings other than by

authorization or qualified protective order. 45 CFR § 164.512(e).

1

4.      These covered entities are all in possession of "protected health information" ("PHI") as defined by 45 CFR 160.103 and 164.501 in the form of medical records (imaging, test results, insurance documents, notes, orders, labs, correspondence, pathology, etc.) pertaining to Tony Love.

5.      Both prosecution and defense of this case will require that the parties, their attorneys, their attorneys' agents, consultants and various witnesses and other personnel receive and review copies of the PHI pertaining to Tony Love, which is in the treating providers' possession.

WHEREFORE, Defendants Rob Jeffreys, Melvin Hinton, and Steve Meeks respectfully request that this Court enter the proposed order permitting the use and disclosure of PHI created or received by any covered entity that has provided health care to Tony Love for any purpose connected with the pending litigation.

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

 /s/ Amanda L. Kozar
AMANDA L. KOZAR
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6551
AKozar@atg.state.il.us

2

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 11, 2019, she electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system.

Respectfully Submitted,

KWAME RAOUL
Attorney General of Illinois

*/s/ Amanda L. Kozar*
AMANDA L. KOZAR
Assistant Attorney General
Office of the Illinois Attorney General
100 West Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-6551
AKozar@atg.state.il.us