## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tony L Love

                                        Plaintiff,

v.                                                      Case No.: 1:18−cv−06084
                                                        Honorable Rebecca R. Pallmeyer

Stateville Correctional Center, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2019:

     MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held and continued to 10/17/19 at 9:30 a.m. Motion hearing held. Defendants' agreed motion for an entry of a qualified protective order pursuant to HIPAA [54] is granted. Enter Qualified Protective Order Pursuant to HIPAA. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.