**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Tony L Love

                             Plaintiff,

v.                                       Case No.: 1:18–cv–06084

                                       Honorable Steven C. Seeger

Stateville Correctional Center, et al.

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 20, 2019:

       MINUTE entry before the Honorable Steven C. Seeger Status hearing held on December 20, 2019. Plaintiff's counsel failed to appear. The Court discussed the status of discovery, settlement demand, and pending motions. This Court previously set a deadline of December 6, 2019 to file an amended complaint. (Dckt. No. [67]) The Dec. 6 deadline has passed, and Plaintiff did not file a third amended complaint on the Court's docket. Accordingly, the second amended complaint (Dckt. No. [32]) is the operative complaint in this case. The Court takes Defendant's motion to dismiss (Dckt. No. [37]) under advisement and will issue a ruling via CM/ECF in which any further dates will be set. Fact discovery will close on June 30, 2020. Status hearing set for July 8, 2020 at 9:00 a.m. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.