## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tony L Love

                                        Plaintiff,

v.                                                        Case No.: 1:18–cv–06084
                                                         Honorable Steven C. Seeger

Stateville Correctional Center, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2020:

        MINUTE entry before the Honorable Steven C. Seeger: In light of the dismissal of Defendant Wexford (Dckt. No. [48]), Defendant Wexford's motion to dismiss (Dckt. No. [37]) is hereby denied as moot. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.