## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Tony L Love

                        Plaintiff,

v.

                                    Case No.: 1:18–cv–06084

                                    Honorable Steven C. Seeger

Stateville Correctional Center, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

        MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion to stay the deadline to file a motion for summary judgment on the merits (Dckt. No. [122]) is hereby granted. Defendants seek a three–month extension to file a second summary judgment motion, in light of the filing of a motion for summary judgment on the issue of exhaustion (filed on October 4). Defendants suggest a deadline of December 27, 2021. That deadline isn't consistent with the holiday spirit. Defendants' motion for summary judgment on the merits is due by January 14, 2022. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.