**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Tony L Love

                                        Plaintiff,

v.                                                          Case No.: 1:18−cv−06084
                                                            Honorable Steven C. Seeger

Stateville Correctional Center, et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 24, 2022:

     MINUTE entry before the Honorable Steven C. Seeger: Defendants' motion for summary judgment (Dckt. No. [123]) is hereby granted. Defendants filed a motion for summary judgment solely on the grounds of exhaustion. Plaintiff Tony Love, at the time of filing his operative complaint, was incarcerated within the Illinois Department of Corrections at Stateville NRC. He alleges that he was denied medications for his mental health conditions for 35 days from July 2018 until September 2018, so he sued the IDOC, some employees of the prison, and the health provider Wexford. See Second Am. Cplt. (Dckt. No. [32]). But there was a problem. The Prison Litigation Reform Act requires prisoners to exhaust all available administrative remedies before turning to the federal courts for relief. See 42 U.S.C. § 1997e(a). But, according to Defendants, Love did not properly follow the grievance policy at Stateville. See Defs.' Mem. in Support of Summ. J., at 813 (Dckt. No. 124). Love, in his one−sentence reply brief, agreed: "Plaintiff, in filing his grievances, failed to comply with the grievance procedure at Statesville or Illinois Department of Corrections, and thereby did not exhaust his administrative remedies." See Pl.'s Resp. to Defs.' Mtn. for Summ. J., at 1 (Dckt. No. 127). Because Love concedes that he did not exhaust his administrative remedies, this Court does not have discretion to hear his complaint. See Williams v. Ortiz, 937 F.3d 936, 941 (7th Cir. 2019). The motion is granted, and the complaint is dismissed without prejudice for lack of exhaustion. The motion to stay (Dckt. No. [128]) is denied as moot. The case is closed. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.